E-Filed — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8268-GHK (SHx) | Date | October 30, 2012 |
|---|---|---|---|
| Title | *NK Feliz Enterprises, LP v. Michael Carley* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order Remanding Action to State Court**

On September 25, 2012, Defendant Michael Carley ("Defendant") removed the above-titled unlawful detainer action to this Court. The Notice of Removal ("NOR") states that we have federal question jurisdiction, but the state court complaint alleges only a claim for unlawful detainer under California law. On October 11, 2012, we therefore ordered Defendant to show cause why this matter should not be remanded because this Court lacks subject matter jurisdiction. [Dkt. No. 3]. We warned Defendant that his failure to timely and adequately show cause would be deemed his admission that this Court lacks subject matter jurisdiction, and in that event, this action would be remanded. The deadline has passed, and Defendant has failed to respond to our OSC. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

| | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |